

DEC 1 4 2005

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 2:05cr295-T |
| | ) | [18 USC 922(g)(1)] |
| v. | ) | |
| | ) | |
| EDDIE LEWIS KNIGHT, a/k/a | ) | |
| LOUIS MACKS | ) | **INDICTMENT** |

The Grand Jury charges that:

## COUNT 1

On or about the 10th day of October, 2004, in Montgomery County, within the Middle District of Alabama, the defendant,

**EDDIE LEWIS KNIGHT,
a/k/a LOUIS MACKS,**

having been convicted of Theft of Property in the First Degree, on the 17th day of February, 1989, in the Circuit Court of Montgomery County, Alabama, in case number CC-87-000206, and of Bail Jumping, on the 17th day of February, 1989, in the Circuit Court of Montgomery County, Alabama, in case number CC-89-000148, both crimes punishable by imprisonment for a term exceeding one year under the laws of the State of Alabama, did knowingly possess, in and affecting commerce, a Rossi Revolver,.44 caliber pistol, bearing serial number AB113474, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

A.     Count 1 of this indictment is hereby repeated and incorporated herein by reference.

B.     Upon conviction for the violation of Title 18, United States Code, Section 922(g)(1), as alleged in Count 1 of this indictment, the defendant,

**EDDIE LEWIS KNIGHT,
a/k/a LOUIS MACKS,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of this offense.

C.    If any of the property described in this forfeiture allegation, as a result of any act or omission of the defendant:

(1)    cannot be located upon the exercise of due diligence;

(2)    has been transferred, sold to, or deposited with a third person;

(3)    has been placed beyond the jurisdiction of the court;

(4)    has been substantially diminished in value; or,

(5)    has been commingled with other property which cannot be divided

without difficulty; the United States, pursuant to Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c), intends to seek an order of this Court forfeiting any other property of said defendant up to the value of the property described in paragraph B above.

All in violation of Title 18, United States Code, Section 922.

A TRUE BILL:

_____
Foreperson

_____
LEURA GARRETT CANARY
United States Attorney

_____
JOHN T. HARMON
Assistant United States Attorney

_____
A. CLARK MORRIS
Assistant United States Attorney