

# Memorandum

| Subject | Date |
|---|---|
| Issuance of an Arrest Warrant and Limits of Punishment U.S. v EDDIE LEWIS KNIGHT (SENTENCING GUIDELINES CASE) | December 13, 2005 |

| To | From |
|---|---|
| Debra P. Hackett, Clerk U.S. District Court Middle District of Alabama | A. Clark Morris Assistant United States Attorney |

Please issue an arrest warrant for the following person who was indicted at the December 13, 2005, Grand Jury:

>EDDIE LEWIS KNIGHT
>438 Yougene Curve
>Montgomery, AL 36104
>
>**LIMITS OF PUNISHMENT**
>**Count 1: 18 USC § 922(g)(1)**
>NMT $250,000 fine, or twice gross
>loss to victim or twice gross gain to
>defendant, whichever is greatest;
>NMT 10Y, or both;
>NMT 3Y Sup Rel;
>$100 Assessment Fee; VWPA

**ESTIMATED TRIAL TIME: 2 DAYS**