✎AO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

UNITED STATES OF AMERICA

V.

**EDDIE LEWIS KNIGHT**
438 Yougene Curve
Montgomery, AL 36104

To: The United States Marshal
and any Authorized United States Officer

**WARRANT FOR ARREST**

Case    2:05cr295-T

YOU ARE HEREBY COMMANDED to arrest _____EDDIE LEWIS KNIGHT_____
                                                      Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

| x Indictment | ☐ Information | ☐ Complaint | ☐ Order of court | ☐ Probation Violation Petition | ☐ Supervised Release Violation Petition | ☐ Violation Notice |

charging him or her with   (brief description of offense)

Felon with a Gun  (1 Ct)

in violation of Title _____18_____ United States Code, Section(s) __922(g)(1)__

DEBRA P. HACKETT
Name of Issuing Officer

CLERK
Title of Issuing Officer - CLERK

BY: _/s/ signature_
Signature of Issuing Officer

12/15/05 - Montgomery, AL
Date and Location

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |