COURTROOM DEPUTY'S MINUTES
MIDDLE DISTRICT OF ALABAMA

√ INITIAL APPEARANCE                              DATE:   12/28/05
❒ BOND HEARING
❒ DETENTION HEARING                               DIGITAL Recording : 11:14 - 11:21
❒ PRELIMINARY (EXAMINATION)(HEARING)                                 11:56 - 12:08
❒ REMOVAL HEARING (R.40)
√ ARRAIGNMENT                                     Court Reporter: Risa Entrekin

PRESIDING MAG. JUDGE: VANZETTA PENN MCPHERSON    DEPUTY CLERK: Wanda Robinson
CASE NO.   2:05cr295-T                            DEFENDANT NAME: Eddie Lewis Knight
AUSA:   David Karl Cooke                          DEFT. ATTY: Kevin Butler
                                                  Type Counsel: ( )Retained; ( ) CJA; ( ) Waived; (√) FPD
PTSO:  Ron Thweatt                                USPO: _____

Defendant ( ) does; (√ )does NOT need an interpreter
Interpreter present  (√) NO; ( ) YES       Name:

| | |
|---|---|
| √ | Date of Arrest 12/28/05 or ❒ Arrest Rule 40 |
| √ | Deft First Appearance. Advised of rights/charges.  Prob/Sup Rel Violator |
| ❒ | Deft First Appearance with Counsel |
| ❒ | Deft. First Appearance without Counsel |
| ❒ | Requests appointed Counsel |
| √ | Financial Affidavit executed  √ *ORAL MOTION FOR APPT OF COUNSEL* |
| √ | *ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed* |
| ❒ | Panel Attorney Appointed; ❒ to be appointed - prepare voucher |
| ❒ | Deft. Advises he will retain counsel.  Has retained |
| ❒ | ❒ Government's ORAL Motion for Detention Hrg. ❒ to be followed by written motion; ❒ Government's WRITTEN Motion for Detention Hrg. filed |
| ❒ | Detention Hearing ❒ held; ❒set for |
| ❒ | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered |
| ❒ | ORDER OF DETENTION HEARING PENDING TRIAL to be entered |
| √ | Release order entered. Deft advised of conditions of release |
| √ | BOND EXECUTED (M/D AL charges) $. 25,000 |
| ❒ | BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| ❒ | Bond not executed. Defendant to remain in Marshal's custody |
| ❒ | Deft. ORDERED REMOVED to originating district |
| ❒ | Waiver of ❒ preliminary hearing; ❒ Waiver Rule 40 hearing |
| ❒ | Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury |
| √ | ARRAIGNMENT √HELD. Plea of NOT GUILTY entered.   Set for |
| √ | DISCOVERY DISCLOSURE DATE:  1/6/06 |
| ❒ | NOTICE to retained Criminal Defense Attorney handed to counsel |
| √ | WAIVER of Speedy Trial.  CRIMINAL TERM: 4/24/06 |

                Pretrial: 1/20/06