```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF ALABAMA
                    NORTHERN DIVISION
```

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05cr295-MHT |
| | ) | |
| **EDDIE LEWIS KNIGHT a/k/a** | ) | |
| **LOUIS MACKS** | | |

### O R D E R

Upon consideration of the Motion to Strike (Doc. No. 12) heretofore filed in the above-styled cause, counsel for defendant having orally informed the court that defendant does not object, and for good cause shown, the Court is of the opinion that the Motion should be and the same is hereby GRANTED. It is, therefore, ORDERED, ADJUDGED and DECREED by the Court that the Forfeiture Allegation is hereby stricken.

Done this the 10th day of January, 2006.

                                          /s/ Myron H. Thompson
                                      **UNITED STATES DISTRICT JUDGE**