**COURTROOM DEPUTY'S MINUTES**                    **DATE:** 1/20/06

**MIDDLE DISTRICT OF ALABAMA**                    **Digital Recording: 9:42 - 9:43**

<u>**PRETRIAL CONFERENCE**</u>

**PRESIDING MAG. JUDGE.  Vanzetta Penn McPherson**     **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER: 2:05cr295-MHT**                    **DEFENDANT(S): Eddie Lewis Knight**

| GOVERNMENT | <u>APPEARANCES</u> | DEFENDANT |
|---|---|---|
| | * | |
| | * | |
| Susan Redmond | * | Kevin Butler |
| | | |
| | * | |
| | * | |

❒ **DISCOVERY STATUS:**                    **Complete**

❒ **PENDING MOTION STATUS:**               **None**

❒ **PLEA STATUS:**                         **Likely Plea**

**Possible Consent Plea deadline 2/24/06**

❒ **TRIAL STATUS**

**If trial, One Day**

❒ **REMARKS:**