IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05CR295-MHT |
| | ) | [WO] |
| EDDIE LEWIS KNIGHT | ) | |

**ORDER ON MOTION**

For good cause, it is

ORDERED that the defendant's Motion For Extension of Time to File Pretrial Motions, filed on 23 February 2006 (Doc. # 17), is DENIED. The defendant was arraigned on 28 December 2005 and was represented by his current counsel at that proceeding Doc. # 4). Pursuant to the Arraignment Order entered on 4 January 2006 (Doc. # 11), the government's discovery was due to be provided to the defendant on 6 January 2006, and the defendant's pretrial motions were due on or before 18 January 2006.

The defendant's counsel appeared at the first pretrial conference on 20 January 2006, and the defendant did not file pretrial motions before that date. Accordingly, the defendant's time for filing pretrial motions has expired.

DONE this 27th day of February, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE