| COURTROOM DEPUTY'S MINUTES | DATE: 2/27/06 |
|---|---|
| MIDDLE DISTRICT OF ALABAMA | Digital Recording: 9:33 - 9:36 |

### PRETRIAL CONFERENCE

| | |
|---|---|
| **PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson | **DEPUTY CLERK:** Wanda A. Robinson |
| **CASE NUMBER:** 2:05cr295-MHT | **DEFENDANT(S):** Eddie Lewis Knight |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| | * | |
| A. Clark Morris | * | Kevin Butler |
| | | |
| | * | |
| | * | |

❏ **DISCOVERY STATUS:**   Complete

❏ **PENDING MOTION STATUS:**   None

❏ **PLEA STATUS:**   Likely Plea

❏ **TRIAL STATUS**
                              If trial, One Day

❏ **REMARKS:**   Defense Counsel Gives Explanation for Request for Extension of Time to File Motions
         GOVERNMENT has no objections
                    ORAL ORDER -GRANTING; ALLOWING Defendant until close of business today to
         File Pretrial Motions
         Counsel to Notify Courtroom Deputy of the filing of any Pretrial Motion