IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05cr295-MHT |
| | ) | |
| EDDIE LEWIS KNIGHT | ) | |

## **ORDER ON MOTION**

For good cause, it is

ORDERED that the Defendant's Motion for Extension of Time to File Pretrial Motions, filed on 23 February 2006 (Doc #17), is GRANTED. Defendant is allowed until close of business 27 February 2006 to file Pretrial Motions.

DONE this 27th day of February 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE