| COURTROOM DEPUTY'S MINUTES | DATE: 4/3/06 |
|---|---|
| MIDDLE DISTRICT OF ALABAMA | Digital Recording: 9:50 - 9:51 |

### PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson      **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:** 2:05cr295-MHT      **DEFENDANT(S):** Eddie Lewis Knight

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
|  | * |  |
|  | * |  |
| Tommie Brown Hardwick | * | Kevin Butler |
|  |  |  |
|  | * |  |
|  | * |  |

❒ **DISCOVERY STATUS:**           Complete


❒ **PENDING MOTION STATUS:**      None


❒ **PLEA STATUS:**                Likely Plea


❒ **TRIAL STATUS**
                                  If trial, One Day


❒ **REMARKS:**      Notice of Intent due by 4/l2/06; Plea Agreement to be filed prior to Consent Date