| COURTROOM DEPUTY MINUTES | DATE: 4/14/06 | DIGITAL RECORDING: 9:31 - 9:50 |
|---|---|---|
| MIDDLE DISTRICT OF ALABAMA | | COURT REPORTER: Mitchell Reisner |

❑ ARRAIGNMENT    x CHANGE OF PLEA    ❑ CONSENT PLEA

❑ RULE 44(c) HEARING    ❑ SENTENCING

---

**PRESIDING MAG. JUDGE:** *Vanzetta Penn McPherson*    **DEPUTY CLERK:** *WANDA ROBINSON*

**CASE NUMBER:** *2:05cr295-MHT*    **DEFENDANT NAME:** *Eddie Lewis Knight*

**AUSA:** *A. Clark Morris*    **DEFENDANT ATTY:** *Kevin L. Butler*

Type Counsel:    ( ) Waived;  ( ) Retained;  ( ) Panel CJA;  (X) CDO

**USPO:** Dwayne Spurlock

Defendant _____ does __x__ does NOT need and interpreter.

Interpreter present?  __x__ NO  _____ YES    Name: _____

---

— This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**

— WAIVER OF INDICTMENT executed and filed.

— MISDEMEANOR INFORMATION filed.

— Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**    ❑ Not Guilty                       ❑ Nol Contendere

❑ Not Guilty by reason of insanity

X Guilty as to:

    X Count(s) __1__ of the Felony Indictment.

    ❑ Count(s) _____ ❑ dismissed on oral motion of USA;

    ❑ to be dismissed at sentencing

**X** — **ORAL ORDER ADJUDICATING GUILT as to COUNT 1**

**X** — Written plea agreement filed. ❑ **OPEN/ORAL** Plea Agreement. ❑ **ORDERED SEALED.** ❑ No Plea Agreement entered

— _____ Days to file pretrial motions.    ❑ _____ Trial date or term.

**X** — **ORDER:** Defendant Continued under  X same bond ; ❑ Released on Bond & Conditions of Release

    ❑ summons; for:

❑ Trial on _____;  X Sentencing on _____  ❑ _____ Bond  X to be set by Separate Order

— **ORDER:** Defendant remanded to custody of U.S. Marshal for:

    ❑ Posting a $_____ Bond;

    ❑ Trial on _____; or ❑ Sentencing on _____ ❑ set by separate Order.

Rule 44 Hearing: ❑ Waiver of Conflict of Interest Form executed. ❑ Detention requests time to secure new counsel.