PS 12C
(8/03)

# United States District Court

for

Middle District of Alabama

**RECEIVED**

2006 MAY 26 A 10: 55

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

### Petition for Warrant/Summons and Report for Defendant Under Pretrial Release Supervision

Name of Defendant: Eddie Knight                           Case Number: 2:05CR295-MHT

Name of Releasing Judicial Officer: The Honorable Vanzetta Penn McPherson, U.S. Magistrate Judge

Date of Release: January 4, 2006

Original Offense: Convicted Felon in Possession of a Firearm

Type of Release: $25,000 Unsecured Appearance Bond

Conditions of Release: Report to pretrial services as directed; Maintain or actively seek employment; Electronic Monitoring; No firearms; Drug testing and/or treatment; Refrain from any use of alcohol, Report any law enforcement contact, Refrain from possession of any type of drug paraphernalia

Assistant U.S. Attorney: David Cooke                      Defense Attorney: Kevin Butler

## PETITIONING THE COURT

[X]  To issue a warrant
[ ]  To issue a summons

The probation officer believes that the defendant has violated the following condition(s) of release:

| Violation Number | Nature of Noncompliance |
|---|---|
| Viol, 1 - Special Condition #1: "The defendant shall participate in drug testing and/or treatment if directed by the probation officer." | Knight failed to report for drug testing on May 15, 2006 and May 24, 2006. |

<u>Supervision history of defendant and actions taken by officer:</u>  Barring the instant violation, this officer has reprimanded Knight previously for electronic monitoring violations and has notified the court via 12A regarding Knight testing positive for cocaine usage. Knight has not reported for drug screens since that positive urine screen nor has he reported as instructed to CAPS for drug treatment.

U.S. Probation Officer Recommendation:

[X]   The term of supervision should be:
[X]   revoked.
[ ]   No action.
[ ]   The conditions of supervision should be modified as follows:

PS 12C
(8/03)

I declare under the penalty that the forgoing is true and correct.

Respectfully submitted,
by

Willie Bernard Ross, Jr.
Senior U.S. Probation Officer
Date: May 25, 2006

Reviewed and approved: _____
Supervisory U.S. Probation Officer

THE COURT ORDERS:

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

_____
Date