# United States District Court

## for

## Middle District of Alabama

RECEIVED
2006 MAY 30 P 4: 50

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Amended Petition for Warrant/Summons and Report for Defendant Under Pretrial Release Supervision

Name of Defendant: Eddie Knight                                       Case Number: 2:05CR295-MHT

Name of Releasing Judicial Officer: The Honorable Vanzetta Penn McPherson, U.S. Magistrate Judge

Date of Release: January 4, 2006

Original Offense: Convicted Felon in Possession of a Firearm

Type of Release: $25,000 Unsecured Appearance Bond

Conditions of Release: Report to pretrial services as directed; Maintain or actively seek employment; Electronic Monitoring; No firearms; Drug testing and/or treatment; Refrain from any use of alcohol, Report any law enforcement contact, Refrain from possession of any type of drug paraphernalia

Assistant U.S. Attorney: David Cooke                                   Defense Attorney: Kevin Butler

## PETITIONING THE COURT

[X]   To issue a warrant
[ ]   To issue a summons

The probation officer believes that the defendant has violated the following condition(s) of release:

| Violation Number | Nature of Noncompliance |
|---|---|
| Viol. 1- "The offender shall participate in the home confinement program as directed by the probation officer." | From May 26, 2006 to May 27, 2006, the offender left his residence without permission. When confronted about these violations, Knight admitted to leaving without permission |
| Viol. 2:- "The defendant shall not commit another federal, state, or local crime." | On May 27, 2006, at approximately 5:00pm, Knight was stopped by Alabama State Trooper for throwing alcoholic containers out of the moving vehicle. Knight failed a breathalyzer and was taken to the Montgomery County Jail When confronted about the new charge, Knight admitted to the new charge of DUI. |

Supervision history of defendant and actions taken by officer:  Barring the instant violation, this officer has reprimanded Knight previously for electronic monitoring violations and has notified the court via 12A regarding Knight testing positive for cocaine usage.

U.S. Probation Officer Recommendation:

[X]     The term of supervision should be:
[X]     revoked.
[ ]     No action.
[ ]     The conditions of supervision should be modified as follows:

I declare under the penalty that the forgoing is true and correct.

Respectfully submitted by

Willie Bernard Ross, Jr.
Senior U.S. Probation Officer
Date: May 30, 2006

Reviewed and approved: _____
Supervisory U.S. Probation Officer

THE COURT ORDERS:

[ ]     No Action
[X]     The Issuance of a Warrant
[ ]     The Issuance of a Summons
[ ]     Other

_____
Signature of Judicial Officer

30 May 2006
Date