**COURTROOM DEPUTY MINUTES**     **DATE:** June 2, 2006
**MIDDLE DISTRICT OF ALABAMA**

                                          **DIGITAL RECORDING:** 3:57 - 4:02

| | |
|---|---|
| √ | **INITIAL APPEARANCE** |
| ☐ | **DETENTION HEARING** |
| ☐ | **REMOVAL HEARING (R.40)** |
| ☐ | **ARRAIGNMENT** |
| ☐ | **ARRAIGNMENT on SUPERSEDING INDICTMENT** |
| ☐ | **PRELIMINARY EXAMINATION** |

---

**PRESIDING MAG. JUDGE** VANZETTA PENN MCPHERSON    **DEPUTY CLERK:** WANDA ROBINSON

**CASE NO.** 2:05cr295-MHT      **DEFT. NAME:** Eddie Lewis Knight

**USA:** Tommie Brown Hardwick      **ATTY:** Christine Freeman

**Type Counsel:** ( ) Retained; ( ) Panel CJA; ( ) Waived; (√) CDO;

**USPTSO/USPO:**

**Defendant** _____ does √ does NOT need an interpreter; NAME _____

---

| | | |
|---|---|---|
| √ Kars. | Date of Arrest | **6/2/06**    or    ☐ karsr40 |
| ☐ kia. | Deft. First Appearance. Advised of rights/charges. √ Pro/Sup Rel Violator | |
| ☐ Finaff. | Financial Affidavit executed ☐ to be obtained by PTS; ☐ **ORAL** Motion for Appt. Of Counsel. | |
| ☐ koappted | **ORAL ORDER** appointing Federal Defender - **Notice to be filed.** | |
| ☐ 20appt. | Panel Attorney Appointed; ☐ to be appointed - prepare voucher | |
| ☐ | Deft. Advises he will retain counsel. Has retained _____ | |
| ☐ | Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion; | |
| ☐ | Government's **WRITTEN** Motion for Detention Hrg. filed. | |
| ☐ | **DETENTION HRG** ☐ held; ☐ set for _____; **Prelim. Exam** √ Set for **6/7/06 @ 4:00 p.m.** | |
| ☐ kotempdtn. | **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered | |
| ☐ kodtn. | **ORDER OF DETENTION PENDING TRIAL** entered | |
| ☐ kocondrls. | Release order entered. ☐ Deft. advised of conditions of release. | |
| ☐ kbnd. | ☐ **BOND EXECUTED** (M/D AL charges) $ _____ Deft released (kloc LR) | |
| | ☐ **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered | |
| √ Loc.(LC) | Bond **NOT** executed. Deft to remain in Marshal's custody | |
| ☐ ko. | Deft. **ORDERED REMOVED** to originating district | |
| ☐ kwvprl. | Waiver of ☐ Preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing) | |
| ☐ | Court finds **PROBABLE CAUSE.** Defendant bound over to the Grand Jury. | |
| ☐ Karr. | **ARRAIGNMENT** SET FOR: _____ **HELD.** Plea of **NOT GUILTY** entered. | |
| | Trial Term _____; **PRETRIAL CONFERENCE DATE:** _____ | |
| | **DISCOVERY DISCLOSURES DATE:** _____ | |
| ☐ Krmknn. | **NOTICE** to retained Criminal Defense Attorney handed to Counsel | |
| ☐ krmvhrg. | Identity/Removal Hearing set for _____ | |
| ☐ Kwvspt | **Waiver of Speedy Trial Act Rights Executed.** | |