IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | 2:05cr295-MHT |
| ) | |
| EDDIE LEWIS KNIGHT ) | |

## ORDER

For good cause, it is

ORDERED that a Preliminary Revocation Hearing for EDDIE LEWIS KNIGHT, be and is hereby scheduled for 7 June 2006 at 4:00 p.m. in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.  It is further

ORDERED that the United States Marshal or the person having custody of the defendant shall produce the defendant for the proceeding.

Done this 5th day of June, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE