## MINUTES

### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA, NORTHERN, DIVISION
Montgomery, Alabama

HON. Vanzetta Penn McPherson

| | |
|---|---|
| DATE COMMENCED: 6/7/06 | DIGITAL RECORDING: 4:13 - 4:40 |
| DATE COMPLETED: 6/7/06 | |

| | | |
|---|---|---|
| USA | * | |
| vs | * | 2:05cr295-MHT |
| EDDIE LEWIS KNIGHT | * | |

| GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| A. Clark Morris | | Kevin L. Butler |

**COURT OFFICIALS PRESENT:**

Wanda A. Robinson, Courtroom Deputy
Bernard Ross, Probation Officer

**PROCEEDINGS:**

( ) JURY TRIAL
( x ) OTHER PROCEEDINGS: Bond Revocation Hearing

SEE MINUTES ATTACHED

### LOG OF PROCEEDINGS ELECTRONICALLY RECORDED

**Description:** 2:05cr295-MHT: USA vs. Eddie Lewis Knight : BOND REVOCATION HEARING

**Date:** 6 / 7 /2006    **Location:**

| Time | Speaker | Note |
|---|---|---|
| 4 :13:42 PM | Court | Convenes |
| 4 :15:00 PM | Defense | Admits to Violation #1; Admit to Violation #2; Presents Evidence for Disposition; Gives Recommendation of Home Arrest at Mother's Residence |
| 4 :21:08 PM | Probation Officer | Responds to Defense's Recommendation |
| 4 :22:01 PM | Plaintiff | Responds to Defense's Recommendation |
| 4 :23:27 PM | Defense | Request Mother and Wife to serve as 3rd Party Custodians |
| 4 :26:30 PM | Government | Responds to 3rd Party Custodian Recommendation |
| 4 :28:06 PM | Defense | Further replies to response |
| 4 :28:38 PM | Court | Speaks to Defendant regarding past record |
| 4 :31:59 PM | Defense | Recommends half way house; Possibly Bannum Place |
| 4 :35:09 PM | Witness | Mother speaks in behalf of son |
| 4 :35:28 PM | Court | Defendant to remain in custody until 23 June; If room is available 6/24/06 or Monday 6/26/06 , defendant may be released to Bannum Place |
| 4 :38:01 PM | Government | Requests defendant pay portion of fee for residency at Bannum House |
| 4 :38:42 PM | Court | Defendant may pay a portion; not a third as suggested |
| 4 :39:56 PM | Court | Requested P.O. to check the amount required to repay Bannum House for residency and check to see availability around designated time of release |