IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05cr295-MHT |
| | ) | |
| EDDIE LEWIS KNIGHT | ) | |

**ORDER**

On 7 June 2006, defendant Eddie Lewis Knight appeared before the undersigned for a Bond Revocation Hearing. After preliminary consideration, the court advised the defendant and his counsel that he would be remanded to the custody of the U.S. Marshal until 23 June 2006 and that if space became available at Bannum Place on 24 June 2006 or shortly thereafter, the defendant would be released to reside there until sentencing.

As of the dates in question, there was no available space at Bannum Place. Moreover, the court is now persuaded that the defendant's charge of DUI in May 2006, while he was on release, and his several violations of the terms of his electronic monitoring warrant his continued detention until his sentencing on 2 August 2006. The court concludes that the likelihood of further violations by the defendant outweigh the potential benefit to him of release for an additional month - even assuming available space at Bannum Place.

Accordingly, it is ORDERED as follows:

1. The defendant's bond is hereby REVOKED.

2. The defendant shall be detained in the custody of the Marshal until his sentencing on 2 August 2006.

DONE this 30th day of June, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE