# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE           AT MONTGOMERY   ALABAMA

DATE COMMENCED  August 2, 2006             AT  10:41   A.M./P.M.

DATE COMPLETED  August 2, 2006             AT  11:10   A.M./P.M.

UNITED STATES OF AMERICA                   Criminal Action
                                           2:05-cr-295-MHT
        VS.

EDDIE LEWIS KNIGHT

| PLAINTIFF(S) | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| AUSA Verne Speirs | X | Atty Kevin L. Butler |
|  | X |  |
|  | X |  |
|  | X |  |
|  | X |  |

COURT OFFICIALS PRESENT:

| Anthony Green, | Kevin Kish, | Mitchell Reisner, |
| Courtroom Clerk | Law Clerk | Court Reporter |

PROCEEDINGS:

( ) NONJURY TRIAL
(x) OTHER PROCEEDING:        SENTENCING HEARING

10:41 a.m.           Sentencing hearing commenced. Terms of the
                     plea agreement stated on the record.
                     Probation concurs with plea agreement. Courts
                     accepts plea agreement. Defendant objects to
                     paragraph five of the presentence
                     investigation report. Sentencing hearing
                     continued for parties to investigate issues
                     relating to the presentence report, order to
                     issue.
11:10 a.m            Hearing concluded.