IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.          ) | CRIMINAL ACTION NO. |
| ) |     2:05cr295-MHT |
| **EDDIE LEWIS KNIGHT**     ) | |

<u>ORDER</u>

Based on the representations made by the parties during the sentencing hearing on August 2, 2006, it is ORDERED that a supplemental sentencing hearing to resolve contentions relating to paragraph five of the presentence investigation report is set for August 23, 2006 at 10:00 a.m. in the Frank M. Johnson, Jr. United States Courthouse complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama, 36104.

The parties are to submit briefs summarizing the evidence they plan to present at the hearing and citing the law upon which they expect the court to rely by

August 11, 2006.  The parties' responses, if any, to these briefs are to be submitted by August 18, 2006.

DONE, this the 3rd day of August, 2006.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**