| State of Alabama<br>Unified Judicial System<br>Form C-64(a)(front) Rev. 11/92 | **DEPOSITION** | Warrant Number<br><br>Case Number |

IN THE __MUNICIPAL__ COURT OF __MONTGOMERY,__ ALABAMA
(Circuit, District or Municipal)     (Name of Municipality or County)

☐ STATE OF ALABAMA     ☒ MUNICIPALITY OF __MONTGOMERY__

v. __Knight, Eddie Lewis_____, Defendant

### INSTRUCTIONS: COMPLETE THE FOLLOWING INFORMATION ON THE ACCUSED

Name of Accused (or Alias): Knight, Eddie Lewis    AKA:    Telephone Number: (334) 265-0321
Social Security Number: 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    Driver's License Number: 1421765 AL    Date of Birth: 08/27/1967    Age: 37    Race: Black    Sex: M
Height: 5 10    Weight: 150    Hair: Blk    Eyes: Bro    Complexion: Med
Address of Accused: 438 Yougene Curve    City: Montgomery    State: AL    Zip: 36104
Name of Employer: none    Employer's Telephone Number: ( ) -
Address of Employer:    City: Montgomery    State: AL    Zip:

### INSTRUCTIONS: COMPLETE THE FOLLOWING INFORMATION ON THE OFFENSE

Offense: Violation of License to Carry Pistol
Date and Time of Offense: 10/10/2004 ● At ○ Between _____ and 1452 hours
Place of Occurrence: 3600 Perry St
Person Attacked or Property Damaged: N/A
How Attacked: N/A

Did Accused Possess or Use a Weapon? ● Yes    ☐ No    Type:
Rossi .44 caliber s/n AB113474 revolver

Damage Done or Injuries Received: N/A
Value of Property: N/A
Details of Offense:

On 10-10-04 at 1429 hours, we (Unit 215 Gambrel / Clark) were dispatched to 120 West Delano Avenue in reference to a subject with a gun making threats to the homeowner. The subject was described as a black male wearing a black shirt and black pants and driving a gray van. The subject, later identified as B/M Eddie Lewis Knight dob 08-27-67, left the scene prior to our arrival. We met with the complainant who stated that B/M Eddie Lewis Knight, her ex-boyfriend, had approached her house and made verbal threats towards her and had fired a handgun into the air. She stated that he was driving a grey van and had left heading towards Cloverland Apartments. We left the scene and proceeded towards Cloverland Apartments. As we were travelling East on East Delano Avenue, in the area of Cloverland Apartments, we spotted a gray van with a black male driver wearing a black shirt. We ran the tag displayed on the vehicle through NCIC and discovered that the vehicle was registered to the Accused. We initiated a traffic stop. The driver (Accused) immediately exited the vehicle and approached the officers. I asked him if he had any weapons. He stated, "I got a gun. I aint got no gun on me. I got a gun in the van. I aint done nothing". He was secured for our protection. I approached the driver's side of the van. The van door was still open from where he had exited quickly. Upon approach, I immediately noticed a silver handgun resting on the floor of the driver's side of the vehicle. The gun was a Rossi .44 caliber s/n AB113474 revolver. An NCIC check revealed that the revolver had been reported stolen on 04-08-01. The driver was arrested for the listed offense and transported without incident. The revolver was impouned as evidence under #250048. The revolver had a fresh odor of gunpowder, as if it had been recently fired.

Attachment A

18