# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.     MYRON H. THOMPSON,     JUDGE          AT MONTGOMERY   ALABAMA

DATE COMMENCED  August 23, 2006              AT  10:28   A.M./P.M.

DATE COMPLETED  August 23, 2006              AT  10:59   A.M./P.M.

UNITED STATES OF AMERICA                     Criminal Action
                                             2:05-cr-295-MHT
        VS.

EDDIE LEWIS KNIGHT

| PLAINTIFF(S) | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| AUSA A. Clark Morris | X | Atty Kevin L. Butler |
| | X | |
| | X | |
| | X | |
| | X | |

### COURT OFFICIALS PRESENT:

| | | |
|---|---|---|
| Anthony Green, | Danielle Goldstein, | Mithcell Reisner, |
| Courtroom Clerk | Law Clerk | Court Reporter |

### PROCEEDINGS:

( )  NONJURY TRIAL
(x)  OTHER PROCEEDING:        SENTENCING HEARING (Continuation)

| | |
|---|---|
| 10:28 a.m. | Sentencing hearing resumes. Defendant's oral summary of sentencing issues and proposed sentence. Probation concurs with sentence. Government concurs with sentence. Earnestine Mock's (defendant's mother) oral request for leniency for defendant. Defendant's oral motion for temporary release. Probation and government do not recommend temporary release. Oral motion for temporary release denied. Sentence imposed. |
| 10:56 a.m | Hearing concluded. |